IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00237-WYD

JASON ALAN CAPPELLI,

       Applicant,

v.

JOE ORTIZ, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Applicant has filed a Notice of Appeal from this Court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The Court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

Dated:  January 25, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge